IN THE MATTER OF THE APPROVAL OF THE OCEAN COUNTY PRELIMINARY ENVIRONMENTAL IMPACT STATEMENT.

December 6, 1988.

Petition for certification denied.

KENNETH URBANO v. VINCENT PIERZHALSKI, ET AL.

December 6, 1988.

Petition for certification denied.

JOSEPHINE CENCI, ET AL. v. RICKEL HOME CENTER OF BLOOMFIELD AND DOWEL ASSOCIATES.

December 6, 1988.

Petitions for certification denied.

NICHOLAS RICCI, ET AL. v. AMERICAN AIRLINES, INC., ET AL.

December 6, 1988.

Petition for certification denied. (See 226 *N.J.Super.* 377)